# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 41 WAL 2015
:
                  Respondent     :
                               : Petition for Allowance of Appeal from the
                               : Order of the Superior Court
         v.               :
:
:
:
ERIC MCMULLEN,               :
:
                  Petitioner      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.